The Honorable Court has now convened. The Honorable Court and Chief Holder is presiding. Please be seated. Thank you. Will the Clerk please call the case of Payel v. Commission, T.S. Communications, Inc.? Case 3-15-0029, T.S. Communications, which is owned by the Workers' Compensation Commission. If you'll please approach. It's John Kamen on behalf of T.S. Communications. We contacted the court yesterday. This case actually settled yesterday, and we had the settlement documents completed in the afternoon. We're having the contract approved by a commissioner who's on vacation. So I've actually contacted the clerk's office. We asked what was necessary, and they said to actually bring a stipulation that the case was settled. And so I prepared an agreed motion to continue all arguments and dismiss appeals. There was my appeal, cross-appeal by Dan Peel, and then a motion to dismiss. There was quite a bit on. But by the terms of the settlement, we're going to fund a Medicare set-aside account. We're waiting for that figure to come back and pay him $14 million to settle the case. And that was finalized yesterday. So I apologize for the late notice, but this is something that just came together in the first couple weeks of April. So you're presenting an agreed motion to dismiss in Stanter? Yes. Okay, very good. I tried to file it downstairs with the 3rd District Appeals. The 3rd District? Yes. I want to be clear. You're not filing a motion to continue oral argument. You're continuing to file a motion to dismiss this case now. Yes. Well, both are requested. Well, you can't have both. Well, we want to dismiss the appeal. Okay, okay. So we'll rule on the motion. We'll grant the motion. This appeal is dismissed. Thank you. And then we'll file accordingly with the 3rd District. With the 3rd District. Okay, very good. Thank you. Thank you, Mr. Chairman.